Attachment 2
List of all counsel of record

Case: *Eric Heath, Plaintiff v. Harris County Sheriff's Office, Defendant.*

1. Plaintiff

    Eric Heath
    407 Greens Road Apt #605,
    Houston, Texas 77060
    (832) 757-4955
    EHeath7152@gmail.com
    Pro Se Plaintiff

    _____

2. Counsel for Harris County Sheriff's Office

    SUSANNAH MITHAM
    Assistant County Attorney
    ATTORNEY TO BE NOTICED
    State Bar No. 24107219
    Fed Bar No. 3640160
    Tel: (713) 274-5193
    Susannah.Mitcham@harriscountytx.gov

    GREGORY BURNETT
    Assistant County Attorney
    ATTORNEY TO BE NOTICED
    State Bar No. 24057785
    Fed. Bar No. 3785139
    Tel: (713) 274-5224 (direct)
    Gregory.Burnett@harriscountytx.gov