# CAUSE NO. 2025-37070

| | | |
|---|---|---|
| ERIC HEATH | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HARRIS COUNTY SHERIFF'S OFFICE, | § | |
| | § | |
| | § | |
| Defendant. | § | 11TH JUDICIAL DISTRICT |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Plaintiff Eric Heath, 407 Greens Road, Apt #605, Houston, Texas 77060.

TO: Marilyn Burgess, District Clerk of Harris County, Texas.

You are hereby notified that on the 30th day of June 2025, the Notice of Removal of this cause, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Houston Division. The cause was docketed as Civil Action No. 4:25-CV-3025. This court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Date: June 30, 2025

                                                      Respectfully submitted,

                                                      **CHRISTIAN D. MENEFEE**
                                                    Harris County Attorney

                                                    **JONATHAN G. C. FOMBONNE**
                                                   Deputy County Attorney And First Assistant

1

|  |  |
|---|---|
|  | **NATALIE G. DELUCA** |
|  | MANAGING COUNSEL, |
|  | DEFENSIVE LITIGATION, EMPLOYMENT, & |
|  | REAL ESTATE DIVISIONS |
| By: | */s/ Susannah Mitcham* |
|  | **SUSANNAH MITCHAM** |
|  | Assistant County Attorney |
|  | State Bar No. 24107219 |
|  | Fed Bar No. 3640160 |
|  | Tel: (713) 274-5383 (direct) |
|  | Susannah.Mitcham@harriscountytx.gov |
|  | **GREGORY BURNETT** |
|  | Assistant County Attorney |
|  | ATTORNEY TO BE NOTICED |
|  | State Bar No. 24057785 |
|  | Fed. Bar No. 3785139 |
|  | Phone: 713-274-5224 (direct) |
|  | gregory.burnett@harriscountytx.gov |
|  |  |
|  | **OFFICE OF THE HARRIS COUNTY ATTORNEY** |
|  | 1019 Congress |
|  | Houston, Texas 77002 |
|  |  |
|  | **ATTORNEYS FOR DEFENDANT HARRIS COUNTY SHERIFF'S OFFICE** |

# CERTIFICATE OF SERVICE

I certify that, pursuant to Texas Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon Plaintiff via e-service filing:

**VIA CERTIFIED MAIL AND REGULAR MAIL**

ERIC HEATH
Greens Road, Apt #605
Houston, Texas 77060
Eheath7152@gmail.com

PRO SE PLAINTIFF

*/s/ Susannah Mitcham*
Susannah Mitcham