# Civil Image Search Results

If the case/documents you are looking for is not available, please click here to notify customer service.
The icons in the case header contain various information about the case. Click the icon to display the case information. A legend of the case information is provided here.

To view a document, click the Image Number link. If you wish to download/fax/certify numerous documents, you may select those specific documents using the checkbox at the beginning of the row and click the 'Add To Basket' link in the case header, or you may add all documents from the case by clicking the 'Add Entire Case' button. The documents will be added to your Basket page.

Document information displayed in **RED** indicates the document is sealed.
Document information displayed in **BROWN** indicates the document is confidential.
Document information displayed in **PINK** indicates only page 1 of document can be viewed
Document information displayed in **PURPLE** indicates the document contains sensitive data.

Please select a court to generate a document.

**Case: 202537070 - 7**

**Court:** 011  **File Dt:** 5/15/2025  **Case Status:** Active - Civil
**Case Type:** OTHER CIVIL  **Type of Action:** OTHER CIVIL
**Style:** HEATH, ERIC vs HARRIS COUNTY SHERRIFFS OFFICE

Add Entire Case / Add To Basket

| Image Number | Pages | Document Type | Activity Type | Activity Date | PJN | Party | |
|---|---|---|---|---|---|---|---|
| 121153859 | 2 | Filing | Citation (Executed) | 6/13/2025 | | | Add To Basket |
| 121153860 | 2 | Filing | Citation (Executed) | 6/13/2025 | | | Add To Basket |
| 121153861 | 3 | Filing | Citation (Executed) | 6/13/2025 | | | Add To Basket |
| 121170552 | 2 | Filing | Citation (Executed) | 6/10/2025 | | | Add To Basket |
| 120816317 | 1 | *Filing* | *Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in Justice Court* | *5/23/2025* | | | Add To Basket |
| 120816318 | 1 | Filing | Sub Doc: Envelope | 5/23/2025 | | | Add To Basket |
| 120816304 | 6 | Filing | Letter of Petition | 5/15/2025 | | | Add To Basket |
| 120816305 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816306 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816307 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816308 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816309 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816310 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816311 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816312 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816313 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816314 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816315 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |
| 120816316 | 1 | Filing | Sub Doc: Request for Issuance of Service | 5/23/2025 | | | Add To Basket |

CIVIL MENU