Attachment 5:
Index of matters being filed

Case: *Eric Heath, Plaintiff v. Harris County Sheriff's Office, Defendant*

- Attachment 1:   Civil Cover Sheet.
- Attachment 2:  Copy of Service documents for Harris County Sheriff's Office.
- Attachment 3:   State Court Notice of Removal.
- Attachment 4:   Civil Docket Sheet.
- Attachment 5:   Index of Documents.

Exhibit A:        Plaintiff's Original Petition

Exhibit B:        Service Return for Harris County Sheriff's Office