05-15-25  Eric Heath
vs
Harris County Sheriff Office

HARRIS COUNTY DISTRICT COURT
P.6

MAIL PROCESSING CLERK
2025 MAY 15 AM 9:03
FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY TEXAS

2025-37070  11th CRT
2025-37070

## Letter of Petition

I Eric Heath am writing the courts to file a Petition against the Harris County Sheriff Office and the State of Texas. I was wrongfully arrested, harrass, retaliated on by Deputy S. Torres and K. Walter, on 9/24/24 the day of my arrest, as well as 5/3/24, had encounters with Deputy K. Heubert & Torres as well on 5/28/24 Heubert they all would stop me for the same probable cause which was a license plate holder on both my cars. I was stopped several times in both my cars my Buick Lesabre and Buick Lucerne, so therefore they know my cars. On 5/3/24 Deputy Torres wrote me a ticket for my legal license plate holder using that as a probable cause to make contact with me through out the summer and fall time last year. Fast fordward til September of last year I had to go to court for the ticket he gave to me last year in May I proved to the courts that my cars license plate holders are legal due to the fact you can read my letters and numbers and where it says Texas on my license plate, they also sale the plate holders in stores, the mayor or governor didn't say publicly that these holders are illegal, and last but not least I have pictures of other people have the plate holders

on there cars as well. So the Justice of the Peace Courts in Humble, Texas threw the ticket out (dismiss) the citation, on 9/12/24. On 9/24/24 12 days later I had the same encounter for the same reason with the same Deputy I encountered in May of lastyear. My Buick Lucerne has no tint on my car but his Police cruiser did that day, so therefore when was at the red light I couldn't see it was him cause his tint was to dark, so when he followed me for 3 blocks he finally cut the lights on, and when he approached my car I realized its Deputy S. Torres again. So I ask him what is your probable cause for stopping me that day he used the same probable cause for the ticket he gave me back in May of 2024. So then I proceeded to show him that the courts sided with me and I was found not guilty for the license plate holder that he say (only him) say my plate holder is illegal, I showed proof from the courts said that my license plate holder is legal, his exact words were "I don't give a fuck about what the courts said" and I provided him court documents showing that my holders are fine, when he said that I know he was after me and it was more to than just a plate holder he was hopeing I had some illegal in my cars everytime he would stop me

and being aggresive towards me because in June of 2024 and Feburary of this year (2025) I went to Internal Affairs twice on these Deputies, Deputy S. Torres, Deputy K. Walter, Deputy K. Herbert. So now they were targeting me retaliating on me and harrassing me, because I went to Internal Affairs on them, and because they were trying to catch me with some illegal I'm knowing. On 9/24/24 he wrote me the ticket (Deputy S. Torres) I told why you keep giving me tickets for the same thing and the courts had already said my plate holders are ok, I sign the ticket he still got me out the car was overly aggressive, wanted to shoot me cause I have it on camera (video), so I felt like my life in danger and my family member as well. They caused bodily injury while arresting me they slammed me and made me hit my head and hurt my back, and I'm already on Disability for my back (had spine surgery) before. So I was sent to the hospital CAT SCAN showed I had a head injury and my back was aggitated. He wrote in the police report I assaulted him drug him on my car door in the middle of a construction zone, but when the criminal courts viewed my video and his body cam and dash cam footage it showed no assault was ever taken place on him, if anything an assault was taken place on me. I am sueing for

being false imprisoned, violation of civil rights, violation of admendment rights (1st admendment, 4th admendment), excessive force, violation of Department Policy, emotional distress (Intentional Infliction of Emotional Distress IIED), and Punitive Damages. I have went to Internal Affairs several times and all 3 times they have failed me and my family, with basically showing me my life and family lives and how it affect us means nothing, because all 3 times 2017, 2024, 2025 they come back everytime they keep saying no violation of policy was never committed. My complaint numbers are (ia 2024-00259) 2024 complaint and my complaint from this year 2025 is (ia 2025-00101) and I don't remember my other complaint number from 2017, because this is not the first time Sheriff Deputy assaulted me put a case on me, and then flipped it on me and said I assaulted them even after being caught on video like this past incident in 2024. My address is 407 Greens Road Apt #605 Houston, Tx 77060, as well as Jessica Smith who was a witness of the incident, she was in the car with me her address is the same 407 Greens Road Apt #605 Houston, Texas 77060. My number is (832) 757-4955, her number (Jessica)(602)489-9570. I'm also requesting that I get reimbursed for the money I had to spend while being incarcerated like on my phone calls and commisary cause technically if I wasn't wrongfully arrested I

wouldn't had to spend money with the county on high phone calls and commisery, that I was forced to spend my hard earn money on, that I didn't and shouldn't have to spend, that money was taken from out my household, and my kids. The Defendants work out of Harris County Sheriff Office District 2 at 7900 Will Clayton Pkwy Humble, TX 77338. Also J. Hernandez badge number 616 the Sargent failed me as well, he works out of District 2 as well, because I requested for a supervisor the day of my arrest he showed up but refused to talk to me so I could explained what his officers did to me he slammed the door in my face an allowed them to violate me without a care in the world. I'm also Petitioning against the Internal Affairs Division as well they failed me 3 times over the past several years with several complaints even after my incidents was caught on camera proving my innocence, there saying no violation of policy was never committed even after proving that there Deputies lying and were lying that's why the state let me out of jail, cause there were 3 videos of my incident that showed I never assaulted no deputy in neither situations, if anything like I stated earlier they assaulted me and caused bodily injury to me.

I don't appreciate and will not tolerate being harrassed, retaliated on, profiled, being put in bondage, forcing me to be locked up and I be a slave to the system, because when you or someone goes to jail or prison that's what you become (modern day slavery). I will not accept the fact that Internal Affairs, Harris County Sheriff Office, and the State of Texas allowed this to happen to me several times in the past few years, and yet will I go complain and they failed my family and I, by always covering up and taking up for there peers is unacceptable. I'm sueing for this latest incident that happen to me and my family on September 24, 2024 Thank You!!!

Was released November 21, 2024

If there's any questions Please feel free to call
(832) 757-4955

Eric Heath

407 Greens Road Apt #605
Houston, TX 77060
(832) 757-4955
EHeath71522@gmail.com



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   June 26, 2025

Certified Document Number:       120816304 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**