United States Courts
Southern District of Texas
FILED
AUG 18 2025
Nathan Ochsner, Clerk of Court

8/15/25

CASE NO. 4:25-CV-03025

Amend Complaint

Dear Honorable Judge Bennett,

Please disregard the Amend Order letter I wrote to you and the courts, because there was no decision was made at this current time right now. I wrote the letter on 8/15/25 same day I wrote this letter to the courts. But I would like to add District Attorney S. Powers over at the Harris County District Attorney Office over at the 1201 Franklin St Harris County Criminal Justice Center in Houston, Tx 77002 address. I apologize You Honor for the confusion and the misunderstanding. But I feel the reason being that I wrote this complaint asking that You Honor you take into consideration this complaint is for 1 District Attorney Powers should have reviewed the Deputies Body Camera footage as well as Dash camera footage, before she accepted the bogus case that was based upon retaliation, lies, harrassment, and trying to tournish my name, character, and freedom away from my kids and family. She accepted charges without viewing crucial piece of evidence, like the Deputies Body camera, Dash Camera, and last but not least my video footage of my wrongfully arrest. Due to there lies and fail to care to do there job (District Attorney Office and Powers) it cost me time, money, and away from my kids for months all because they wanted to retaliate against me for the complaints I

put in on the 3 deputies that kept harrassing me all last summer in 2024 5/3/24, 5/28/24, July of that year and 9/24/24, using the same bogus probable cause that the D.A allowed and accepted the charges. I apologize to the courts for the misunderstanding and inconvenience. These Deputies Deputy Torres, Heubert, and Walter didn't tell the D.A. that they had been harrassing me and had complaints against them that I complained to Internal Affairs, but they do anything and I feel like if they did my arrest may could have been prevented, but there superiors didn't do anything before my arrest and even after my wrongful arrest, harrassment, violation of civil rights, constitutional rights, and assault was taken place. On top of I thought Deputy Torres was going to shoot me and him and Walter committed bodily injury to my head and back.

Eric Heath

Eric Heath
407 Greens Road Apt #605
Houston, Tx 77060

HOUSTON TX RPDC 773
15 AUG 2025 PM 4 L

United States District Court
515 Rusk Street
Houston, Tx 77002
ATTN: Judge Richard Bennett
77002-252399

United States Courts
Southern District of Texas
FILED
AUG 18 2025
Nathan Ochsner, Clerk of Court