United States Courts
Southern District of Texas
FILED

NOV -3 2025

Nathan Ochsner, Clerk of Court

10/28/25

Case No. 4:25-cv-03025

## Admendments To Pleadings And Addition of New Parties

Besides my original complaint/Petition I filed with the courts back in May of 2025 against the Harris County Sheriff Office: (Sheriff Ed Gonzalez, the arresting deputies Deputy S. Torres, those that assisted him in my wrongful arrest and assault (bodily injury), Deputy C.C. Walter, K.D. Hubert, J.J. Gonzalez, E. Esparaza who illegally searched my car, C.C. Walter put Jessica Smith in handcuffs without probable cause, nor he didn't tell her she was being detained. I Eric Heath would like to add to this lawsuit as a Defendant, District Attorney S. Powers into my complaint over at the Harris County District Attorney Office at the 1201 Franklin St, Suite #600 Houston, Texas 77002, as well I would like to add the Harris County District Attorney Office at 1201 Franklin Street suite #600 District Attorney Sean Teave, but at the time of my incarceration it was Kim Ogg, which was 9/24/24. I included D.A. S. Powers and the District Attorney Office as well, because the probable cause Judge, District Attorney S. Powers accepted a case, before really reviewing the evidence, such as body camera,

dash camera footage, instead they tried to use my past and things I already paid my debt for use it against me, thinking that that whatever Deputy Torres and the rest of those lying officers what they arrested me for would be believeable. The things Deputy Torres wrote in the report never even happened, such as the assault he said I did to him, the wrapping my self around the driver seat with my seatbelt never happen, the me trying to drive off with him hanging on my car door, when he said I threw my car in drive, knowing all this was caught on camera when he said I did all this to him while in a construction zone, cause on the Dash Camera, and Body Camera it shows we in a construction zone so if I would have did all these things we and the Defendant would have went threw every construction cone there is (barrels). But District Attorney accepted the charges anyway after Deputy Torres, Walter, and Hubert all lied on a Police Report (Government Document) that's forgery and fraud, to try and get me sent away from my family for years, because the District Attorney S. Powers Said the Penalty carries 2-20 years in Prison, and I would have been or easily could have been sitting in Prison for a crime I did not commit, and yet nobody would have cared to believe me, because

they are the police, so they looked at as good people and they supposed to be under oath so nobody would think that they would be lying, crooked, harrass, retaliate, assault people, shoot people do any of these things and they wouldn't be looked at as they lying (or liars), but I'm here to say and prove in court Your Honor they are being under oath doesn't stop them from lying and being trustworthy and honorable it doesn't stop that. The pictures I saw Deputy Torres took of his arm was not from me, it wasn't a scratch, or scratches, You never see me on camera balled my fist up or anything, those bruises came from my door the car door (the rubber around the trim of the door, cause that look like a rug burn or like carpet burn sort of. Deputy Torres said in the incident report he had to drag me out the car when I misterously in his head I drove off with him hanging on my car, but when you look out the video you see me place myself out the car myself, so when did all this happen. Deputy Torres and Hubert tryd to get on camera that "O we didn't know that was him" but you can clearly hear multiple Deputies saying same guy, so which means you did know me, you knew who I was the minute when we where at the red light on Greenspoint Drive and the Beltway 8 head towards

Benmar, which leads to Northchase, which on his Body camera or Dash camera footage it caught the street showing Northchase, and to prove that I would like to request Deputy Torres GPS on his Police Cruiser that day, because he was coming from 45 South headed North before exiting the exit between West Road and Greens Road exit its a little off ramp you can take to get to Greenspoint Drive that leads to Benmar Street and Northchase were you can hear and see him harrassing me and running me down cause his engine was roaring loud all over a Obscured License Plate Holder (which I tryd to provide proof to him at the intial stop but "he said he didn't give a fuck and he didn't care". At that point I felt then he was out to get me in retaliation of the complaint I went to Internal Affairs on him before, for his following me from 2 convient stores a previous time before he timed me until I was on my way back home, because my apartment on Greens Road, which Benmar Street and Northchase leads to Greens Road where he pulled me over in front of my apartments. I went to Internal Affairs for his aggressive behavior, harrasing, and him changing his Probable cause that day on 5/6/24 around 7:15-7:30 p.m. He also stated after I ask the probable

cause for pulling me over one minute he stated its because I had no license plate on my vehicle, but they was lie, cause I'm on camera get out the car I walked to the front of my car and I believe the back and both front and back had plates on my car, then I remember me saying "man you can't see there's plates on my car, he said "O well i can't see I wear glasses" and than I said "well you need to have them on cause you mistakenly thinking I have no plates on my car", than he said was "with a laugh I got my contacts in today, and than I believe I said "well they not working you need to wear your glasses". Than he switched the problem cause to the licensed plate holder, than I asked him "well which one is it" cause one minute he said I had no license plate on my car to the plate holder. Than I ask him well how can you see anyway if we on 2 opposites side of the street you going East to West and I was traveling East to West so we going to different ways on top of on Greens Road by the Thomas Wussom Park there are big trees and bushes and Plants that also on the median to seperate the streets, so how can you see anything on top of he already can't see cause he (Deputy Torres) admit that on the first encounter

us and back on 5/6/24 around 7:15-7:30 p.m. But he couldn't see he once again followed me timed me 4 stores waited to I got back on Greens Road me turned back around to pull me over, thats harrassment right there and profiling my car. That makes me feel uncomfortable scared, scared for my life for my freedom, and as well as for my kids that almost lost there dad to the system based off a evil person an I call a legal gang, Deputies Torres, Walter, Hubert etc are. He claimed I harrassed him, but I'm not a cop so I can't pull people over an make contact with a person, but he can and his gang. Deputy Hubert pulled me over 5/28/24 for the same thing Obscured License Plate, but that was to make contact with me, so they can see if they say they smell marijuana etc that would led to an arrest and this is what they were doing, basically harrassing me about something the courts already said was ok, nor didn't any Governor or Mayor get on television and said these particular Plate holders are illegal and than I would have took them off my car, but the day of my arrest 9/24/24, you can clearly hear Hubert "say he keep putting them on his car" he should take it off, but why would I do that at the time if they are legal they sale them in stores and other people

I have proof of have them on there cars, but I can ganrauntee they never got stop or stopped as many times as I did, but It was because who I am and my past so the deputies assume and by assuming they violated my constitutional rights and admendment rights, as well as civil rights. Because there also no law that states a license plate holder in Texas is enough probable cause to arrest someone, get them out the car. He said I threw a pin in his face, but I believe I threw it on the ground which is on video, why he didn't take me to jail for littering or a ticket but he didn't he talking about I assaulted him when really he got that from the door of my car from the rubber, because its going down his arm. Also D.A. S. Powers from what I was told by my lawyer at the time Christina Hoang Public Defender Office and Jessica Smith because she came to every court date for months that after Christina, Jessica and I prove I never even laid a hand or a hair on Deputy Torres or his peers District Attorney S. Powers refused to not sign off on a dismissal they instead forced a no bill on me, even after I prove my innocence, she knew she accepted a case based off lies an no evidence that tie me to this assault, that supposedly took place, she also didn't want to put

her name on the case according to my attorney and Jessica Smith, and so now I stuck with this case on my record for something never happened. While behind bars the state tried to have my lawyer to convinced me multiple times to sign for the assault on a Public Servant and I stood firm and on my truth and I told them NO, because I didn't do anything and I knew it was all caught on camera. To show how the system broken and need to be fix like I stated they tried to basically get me to agree to something that they know, I know, and my witness Jessica Smith know I didn't do anything because everything was caught on camera. These Probable cause Judges as well be getting people to jail and saying they have enough to charge someone of a crime and don't sometimes be having evidence they just go off hear say or a cops word just because they are a cop and they under oath, under oath don't mean nothing to person in uniform if they want to lie to save themselves from something look at me I'm a prime example. I'm suing for harrassment, retaliation, bodily injury, violation of Constitutional rights, admendment rights, and civil rights. As well as wrongful arrest, violation of surety bond, pain and suffering, and punative damages. Deputy Walter

Searched Jessica Smith and she a women without a female Deputy was present and no female deputy was present all those other deputies showed up after I was already been violated as well as Jessica Smith we both were placed in handcuffs, I went to jail they finally let her go home, Walter put handcuffs on her and put her in the cop car without once again told her she being detained, and really it wasn't no reason to detained her she didn't do anything as well as me. I noticed while reviewing there body camera footage for 30 seconds to a minute all they body cameras wasn't running and then when they were all in a huddle they would mute or turned the volume off, so we can't hear what they saying coherce to try an come up with a charge and a reason to justify for what they did to us and my family. They also had a code for whenever they are being recorded, but they gotta watch what they say and that code word is "Hot" Hubert kept telling Torres you "hot" in other words watch what you say we been recorded, so to me they have this game to them down pack. Last but not least, I would like for the courts to allow them to or make them come fordward with the 5/6/24 traffic stop, 5/28/24 with Deputy Hubert, and Jessica Smith and I Internal Affairs footage to show how we were treated and not been taken serious, talk to, and just show

the courts and how and why they still came up with the decision they made when I came to Internal Affairs before and after my arrest, how basically they didn't care, choose to take there peers side, cover up, and once again showed how they treated us reflect on how and made sense they came up with the decision they made, to coverup they wrong doing and try to discredit what we had to go threw. Also Deputy S. Torres said in his report that he recognized me from a safety bulletin board, but he lying he recognize me from a previous encounter, internal affairs complaint etc, because I know when they (deputy) get a complaint typically Internal Affairs would call you in and tell why they called a Deputy in and who made a complaint I'm pretty sure against them as well as the traffic stop videos from the dash cam show me in it, but him to say he only or that he recognize me from a safety Bulletin on 8/5/2024, I never got pulled over in August and the last time I was in trouble was 2017, so that's 7 years later probably before they were even Deputies so why am I on a bulletin, when this situation happen in September of 2024. I would like for GPS from there squad cars to be pulled on 5/6/24, 5/28/24 and 9/24/24. Deputies S. Torres / C.C. Walter and Hubert

These Deputies/Officers have immunity because how the laws are put in place to protect them and really no Protection for the citizens for when they committed bad misconduct. They are supposed to protect and serve not harrass, lie, and retaliate. They are supposed to maintain public trust which are supposed to be one of there core values but they broke that as well. Sheriff Department are supposed to maintain integrity and honesty but clearly threw Dash cam and Body camera footage showed otherwise, and all it shows was the excessive force, assault, false arrest, harrassment, retaliation, violation of my civil, constitutional, and admendment Rights as well as Jessica Smith. They wanted to get me sent to prison away from my family, freedom, and my responsibilities just as a man and a dad to my kids. I was in fear for my life, cause after he told me "he didn't care about me showing Proof of my license Plate holder was NOT illegal by the Justice of The Peace Court in Humble, TX I knew and felt like that was harrasment, out to get me, and try an make an example out of me, he wanted to show his authority and power he feel he has and it with that statement Deputy Torres made "he don't care about what the court said" he made me and himself feel like he above the law.

Deputies/Officers are supposed to maintain Good Service, Respect, Professionalism, Accountability, and uphold and maintain the surety bond, but they don't, because they feel like they above the law, the laws protects them and they Peers like higher rank, and Internal Affairs protects them, but also show them NO if they do something wrong there will be NO accountability taken and they showed my family and I once again that my life and the way I was treated was not taken serious. and so that's why they feel like they can do anything they want cause they peers dont hold them accountable Sheriff Ed Gonzalez and Internal Affairs. There are so many lies Deputy S. Torres wrote in his report that was fabricated to make me look bad and the situation hopeing the courts believed him because of my past, but the videos show otherwise. Once again if I was this danger to him, than why is he keep harrassing me, really hopeing to catch me with something but everytime he would I didn't have nothing illegal in my cars he was just fishing hopeing I did, but using the whole plate holder as excuse to keep pulling me over Torres and Hubert, even after I showed proof my plate holders are legal because there sold in stores, other people have them on there cars, no Mayor or Governor didn't say they were, and the courts in Humble said it was ok to have them on my car.

I was in fear for my life as well as Jessica Smith said she was in fear for her's, even though they said they were in fear for they life and I had no weapon on me or in the car, but they do, so who life really felt threatned ours. I've even lost friends to Police Brutality and or Police involve Shootings, like my friend (childhood) George Floyd. Cause I know if the state of Texas really had evidence against me, because they know for a fact with evidence showing they would have prosecuted to the fullest extent of the law, so with that being said they need to be held accountable and persecuted to the fullest extent of the law themselves I'm not doing all this for lies and just to be wasting my time I really got treated bad and was held accountable jailed for no reason. If Deputy Torres, Hubert, Walter did this to me who else they did that to or will do to in the future. We still get followed and lowkey watched by there gang (Deputy Torres, Hubert, Walter and the rest of them), we feel like a prisoner in our own apartment and we be scared to come out and we shouldn't have to feel that way Period!?!

10/28/25

CASE NO. 4:25-CV-03025

Amendments To Pleadings
And Addition of New Parties

I would like to add to this Complaint/Petition.

- District Attorney S. Powers over @ the Harris County District Attorney Office @ 1201 Franklin Street suite #600 Houston, TX 77002. Courtroom 179th
- District Attorney (Head D.A.) Sean Teare 1201 Franklin Street Suite #600 Houston, TX 77002. At the time of my arrest last year it was District Attorney Kim Ogg. (As the Defense)

- Lieutenant L. Holliday over at the Harris County Sheriff Office Internal Affairs Division 5749 S. Loop E, Houston, TX 77033 location I believe. (As the Defense) (713) 274-5003 (And the Investigators that interviewed us) They never gave us the IA Investigators names
- These Deputies work out of Harris County District 2 Office over at 7900 Will Clayton Pkwy Humble, TX 77338 H.I. Cantu (S30176), D.J. Zelaya (S28947), A. Gardner (S18602) J.J. Gonzalez (S00779), C.C. Walter (S29270), K.D. Hubert (S29657), E. Esparaza (S29984), and A.S. Vaca (S29737) (As the Defense)

All these Deputies I just named except for S. Torres and C.C. Walter all assisted C.C. Walter and Torres after I was already in the car, so what did they assist with except to lie for Torres and Walter. Torres stated also in his incident report that I resisted arrest but if I resisted arrest why I wasn't charge for that.

- Jessica Smith witness (She was in the car with me)
  407 Greens Road Apt # 605
  Houston, Texas 77060  (Witness/Plaintiff)
  (602) 488-9570

- Christina Hoang
  212 Stratford Street
  Houston, TX 77006
  (832) 455-2015   (Lawyer that Represented me in my Assault Public Servant case)