**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ERIC HEATH** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.: 4:25-CV-03025** |
| | § | |
| **HARRIS COUNTY SHERIFF'S OFFICE, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**OPPOSED MOTION TO EXTEND DATES IN DOCKET CONTROL ORDER**

TO THE HONORABLE JUDGE BENNETT:

Defendants, Harris County Sheriff's Office, Harris County District Attorney's Office and Lionel Holliday (hereafter "Defendants") file this Opposed Motion to Extend Dates in the Docket Control Order for this case. The operative dates requested to be pushed back are:

| Current: | Requested: | Deadline: |
|---|---|---|
| 6/8/2026 | 12/8/2026 | Dispositive Motions |
| 6/8/2026 | 12/8/2026 | All Other Pretrial Motions |
| 9/18/2026 | 3/8/2027 | Joint Pretrial Order |

These requested changes would necessitate also moving back the Docket Call date and Jury Trial date and we ask the court to set those at its discretion.

The Court entered the initial scheduling order on September 16, 2025 docket entry (DE) 27. Defendants, however, were not served until March 16, 2026, 181 days, or roughly six months, after the scheduling order was issued. The scheduling order set the dispositive motions deadline for June 8, 2026, which has now passed. That deadline fell only three

months after Defendants were served in this lawsuit.

Defendants' motions to dismiss and motions to stay are currently pending before the Court. DE 43, 44, 45. On July 29, 2026, the Court referred this case to Magistrate Judge Bennett, and those motions await disposition. Until the motions to dismiss and to stay are decided, the parties cannot reasonably be expected to complete the remaining pretrial work on the existing schedule.

WHEREFORE, premises considered, Defendants respectfully request that this Motion be granted, and that the relief requested above be granted. A proposed Order is attached.

Respectfully submitted,

*/s/ Susannah Mitcham*

**SUSANNAH MITCHAM**
Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 3640160
State Bar No. 24107219
Tel: (713) 274-5193 (direct)

susannah.mitcham@harriscountytx.gov

**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY TO BE NOTICED
Federal ID No. 3785139
State Bar No. 24057785
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
Harris County Attorney's Office
1010 Lamar, 11th Floor
Houston, TX 77002

**ATTORNEY FOR DEFENDANT LIONEL HOLLIDAY AND HARRIS COUNTY SHERIFF'S OFFICE**

Respectfully submitted,

**/s/ *Katherine A. Teeters***
**KATHERINE A. TEETERS**
Assistant District Attorney
Harris County, Texas
1201 Franklin St., Suite 600
Houston, Texas 77002
(713) 274-5816
State Bar of Texas No. 24106498
Teeters_katherine@dao.hctx.net

**ATTORNEY FOR HCDAO**

## CERTIFICATE OF CONFERENCE

I hereby certify conferred with Eric Heath via email on September 3, 2026, and he stated that he is opposed to the motion.

***/s/ Susannah Mitcham***

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed with the clerk of the court using CM/ECF system, which will send electronic notification for those listed of record who receive electronically filed documents.

I certify as copy of this motion was mailed to the following person:

Via Certified and Regular Mail
Eric Heath
407 Greens Road
Apt. 605
Houston, TX 77060
Email: EHeath7152@gmail.com
Phone: 713-274-5282

*/S/Susannah Mitcham*
Susannah Mitcham